UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**GEORGE L. RUSSELL, III**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-4055

May 3, 2019

MEMORANDUM TO COUNSEL RE:    Anthony Dolphus, et al. v. Servis One, Inc. D/B/A
BSI Financial Services
Civil Action No. GLR-16-1075

Dear Counsel:

Pending before the Court are Plaintiffs Christopher Smith, Paul Dickson, Reginald Smith, Danielle Hannah, Gregory E. Sherrard, Ifedolapo Daramola, Paul A. McCarthy, Justin Meyer, Cheryl Graham, Jacqueline Wyndham, Richard Adams, Laura Goodman, and Jacqueline Dolphus's Motion for Approval of Class Notice (ECF No. 83).[1] Upon consideration of the Motion and Plaintiff's Proposed Class Action Notice of Lawsuit ("Plaintiffs' Notice), as well as Defendant Servis One, Inc. d/b/a BSI Financial Services's ("Servis One") Opposition and Proposed Class Action Notice of Lawsuit ("Defendant's Notice"), the Court will grant the Motion and approve Plaintiffs' Notice for mailing to putative class members.

The Court concludes that Plaintiffs' Notice comports with Federal Rule of Civil Procedure 23(c)(2)(B) and the Court's March 11, 2019 Order, (see ECF No. 78), and provides fulsome information to potential class members regarding the claims and procedure involved in this case. Accordingly, the Motion is GRANTED and Plaintiffs' Notice is APPROVED for mailing.[2]

Within fourteen (14) days, Servis One shall produce to the third-party Administrator a list containing the full name, last known residential address, and last known e-mail address of every person who worked as an Asset Manager for Servis One from three (3) years prior to the filing of the Complaint to the present. Within seven (7) days of receiving that list, the Administrator shall distribute the Plaintiffs' Notice to the people on the list. Any request for exclusion must be submitted to the Administrator within thirty (30) days of the distribution of the Plaintiffs' Notice.

---

[1] On February 20, 2018, the Court granted Plaintiff Anthony Dolphus's Motion for Substitution of Party Plaintiff, allowing the substitution of Jacqueline Dolphus for Anthony Dolphus, who died on April 11, 2017. (See ECF Nos. 38, 54).

[2] The parties shall ensure the appropriate date is inserted in Plaintiffs' Notice. (See Pls.' Not. at 2, ECF No. 83-1).

Despite the informal nature of this Memorandum, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/
George L. Russell, III
United States District Judge